IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HAROLD RIVERA ORENGO
         DEBTORS

CASE NUM.: 11-09388 BKT

CHAPTER 13 (ASSET CASE)

## MOTION REQUESTING CASE BE CONSOLIDATED

**TO THE HONORABLE COURT:**

**COMES** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The above referenced debtor wishes that this case be consolidated with case number **11-09439 ESL** of Nicole Schnapperman Cardona and be consolidated under **11-09388 BKT**.

2. They are a common law couple and share the same assets and debts.

**WHEREFORE,** it is respectfully requested of this Honorable Court to consolidate the above referenced case and the hearing for confirmation and 341 hearing set for the same date.

In San Juan, Puerto Rico, this 2nd day of November 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
**USDC PR 214711**
P.O. Box 195596
San Juan, PR 00911-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
*E-Mail: valdeslaw@prtc.net*

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-09388-13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-09388-13 Notice will not be electronically mailed to:**

ADVANCED COLLECTION SERVICES, INC.
PO BOX 364607
SAN JUAN, PR   00936-4607

ASO RES VILLAS DEL MAR INC
URB COCO BEACH
CALLE PALMA 807
RIO GRANDE, PR   00745

AT&T
PO BOX 15067
SAN JUAN, PR   00902-8567

CENTENNIAL DE PUERTO RICO
PO BOX 71333
SAN JUAN, PR   00936

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN, PR   00902-4140

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR   00918

DEPARTMENT OF TREASURY
CAPITAL CENTER TORRE NORTE
235 AVE ARTERIAL HOSTOS
SAN JUAN, PR   00918

DORAL FINANCIAL CORPORATION
PO BOX 71528
SAN JUAN, PR   00936-8628

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST BANK
PO BOX 13817
SAN JUAN, PR   00908-3817

FIRST MEDICAL HEALTH PLAN, INC
PO BOX 191580
SAN JUAN, PR   00919-1580

FIRST PREMIER BANK
PO BOX 5529
SIOUX FALLS, SD   57117-5529

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA   19101-7346

RELIABLE FINANCIAL SERVICES
9615 AVE LOS ROMEROS, SUITE 1100
URB MONTEHIEDRA
SAN JUAN, PR   00926

US DEPARTMENT OF EDUCATION
PO BOX 5609
GREENVILLE, TX   75403

WALMART DISCOVER/GEMB
PO BOX 960024
ORLANDO, FL   32896-0024

WALMART/GEMB
PO BOX 530927
ATLANTA, GA   30353-0927